# UNITED STATES DISTRICT COURT
### for the
#### Middle District of Tennessee

| | |
|---|---|
| MARK KERNER and RONALD BALICKI, et al. ) | |
| ) | |
| ) | |
| ) | |
| _____ ) | |
| *Plaintiff(s)* ) | |
| v. ) | Civil Action No. 3:26-cv-0903 |
| ) | |
| NISSAN NORTH AMERICA, INC., ) | |
| ) | |
| ) | |
| _____ ) | |
| *Defendant(s)* ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  NISSAN NORTH AMERICA, INC.
SERVE: Registered Agent Corporation Service Company
2908 Poston Ave.
Nashville, TN 37203

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Grayson Wells
Stranch, Jennings & Garvey, PLLC
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____7/1/2026_____          _____
                                       *Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Nissan North America, Inc.
was received by me on *(date)* 7/1/2026 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Corporation Service Company , who is
designated by law to accept service of process on behalf of *(name of organization)* Nissan
North America, Inc. on *(date)* 7/13/2026 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 7/17/2026 _____
*Server's signature*

Jacob R. Hall - Paralegal
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Nissan North America, Inc.
SERVE: Corporation Service Company
2908 Poston Ave.
Nashville, TN 37203

9590 9402 9626 5121 7165 50

2. Article Number (Transfer from service label)

9589 0710 5270 4048 1542 03

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _(signature)_

☐ Agent
☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery

7-13-26

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ _____ Mail
   _____ Mail Restricted Delivery
   (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053

Domestic Return Receipt

**Tracking Number:**

## 9589071052704048154203

 Copy     Add to Informed Delivery

**Latest Update**

Your item has been delivered and is available at a PO Box at 9:07 am on July 13, 2026 in NASHVILLE, TN 37203.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

 **Delivered**

**Delivered, PO Box**
NASHVILLE, TN 37203
July 13, 2026 9:07 AM

See All Tracking History

**What Do USPS Tracking Statuses Mean?**