UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| **MARK KERNER AND RONALD BALICKI**, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**NISSAN NORTH AMERICA, INC.**,<br><br>Defendant. | Case No. 3:26-cv-00903<br>Judge Trauger<br><br>**CLASS ACTION**<br><br>**DEMAND FOR JURY TRIAL** |

**<u>NOTICE OF VOLUNARY DISMISSAL WITHOUT PREJUDICE</u>**

Plaintiffs MARK KERNER and RONALD BALICKI, individually and on behalf of all others similarly situated, pursuant to F.R.C.P. Rule 41(a)(1)(A)(i), hereby voluntarily dismiss this action against the above-named Defendant NISSAN NORTH AMERICA, INC. without prejudice.

Date: September 16, 2026

Respectfully submitted,

*/s/ Grayson Wells*

J. Gerard Stranch, IV (TN BPR 23045)
Grayson Wells (TN BPR 039658)
John C. Roberts (TN BPR 042673)
STRANCH, JENNINGS & GARVEY PLLC
The Freedom Center
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
Tel: (615) 254-8801
gstranch@stranchlaw.com
gwells@stranchlaw.com
jroberts@stranchlaw.com

Raina C. Borrelli
STRAUSS BORRELLI PLLC
980 N. Michigan Avenue, Suite 1610
Chicago, Illinois 60611
T: (872) 263-1100
F: (872) 263-1109
raina@straussborrelli.com

**CERTIFICATE OF SERVICE**

I hereby certify that on September 16, 2026, a true and correct copy of the foregoing has been furnished by electronic filing with the Clerk of the Court, which will send notice of electronic filing to all counsel of record:

Brigid M. Carpenter
Baker Donelson
1600 West End Ave, Ste. 2000
Nashville, TN 37203
bcarpenter@bakerdonelson.com

/s/ Grayson Wells
Grayson Wells